**Local Form 4A**                                                                                                              **March, 2013**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  14-31765 |
| | ) | |
| Garrett Wayne Harwood | ) | |
| Lynette Spencer Harwood | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | |

### AMENDMENT TO:

**CHAPTER 13 PLAN, INCLUDING NOTICE OF MOTION(S) FOR VALUATION; MOTION(S) TO AVOID CERTAIN LIENS; MOTION(S) FOR ASSUMPTION AND REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND NOTICE OF OPPORTUNITY FOR HEARING ON CONFIRMATION OF THE PLAN INCLUDING ALL MATTERS AS SET FORTH IN THE PLAN**
*FOR CASES FILED ON OR AFTER MARCH 1, 2013*

Check the motions applicable to this plan amendment:

( )  **Motion to Value Liens Includes Valuation of Property Securing A Claim**
( )  **Motion to Value Liens includes Valuation of Property Securing A Claim in an
        Amount Less than the Amount of the Claim**
( )  **Motion to Avoid Liens §522(f)**
( )  **Motion to Assume Executory Contracts(s) and Unexpired Leases**
( )  **Motion to Reject Executory Contract(s) and Unexpired**
(X) **No motions applicable to this plan amendment**

The Chapter 13 Plan, including certain motions and other provisions, is hereby **amended** as follows:

#1.a. The base plan proposes to pay $1,495.00 per month for 60 months.
#2.a. "Interest Rate" for Wells Fargo mortgage claim is 5.25%

TAKE NOTICE:  Your rights may be affected. You should read this amendment to the Chapter 13 Plan carefully, including any motions contained in the amended plan, and discuss them with your attorney, if you have one, in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.

If you do not want the Court to confirm the proposed plan of the debtor or debtors ("Debtor") as amended, including any of the motions included in the amended plan, or if you want the Court to consider your views on these matters, then you or your attorney must file with the Court a written objection to confirmation and request for hearing on confirmation at the following addresses:

Cases filed in the **Charlotte, Shelby or Wilkesboro** Divisions:

Clerk, U.S. Bankruptcy Court, 401 West Trade Street, Room 111, Charlotte, N.C. 28202.

Cases filed in the **Asheville or Bryson City** Divisions:

Clerk, U.S. Bankruptcy Court, Room #112, 100 Otis Street, Asheville, N.C. 28801

Your objection to confirmation and request for hearing must include the specific reasons for your objection, and must be filed with the Court no later than 14 days following the conclusion of the § 341 meeting of creditors, or within 14 days of service of the amendment, whichever is later.  If you mail your objection to confirmation to the Court for filing, you must mail it early enough so that the Court will receive it on or before the deadline stated above.  You must also serve a copy of your objection to confirmation on the Debtor at the address listed in the notice of the meeting of creditors.  The Debtor's attorney and the Chapter 13 Trustee will be served electronically.  If any objections to confirmation are filed with the Court, the objecting party will provide written notice of the date, time, and location of the hearing.  No hearing will be held unless an objection to confirmation is filed.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the proposed plan of the Debtor as amended, including any motions contained in the amended plan, and may enter an order confirming the amended plan and granting the motions.  **Any creditor's failure to object to confirmation of the proposed plan as amended shall constitute the creditor's acceptance of the treatment of its claim as proposed, pursuant to 11 U.S.C. § 1325(a)(5)(A).**

I declare under penalty of perjury that the information provided in the **Amendment** to Chapter 13 Plan, including Notice of Motion(s) for Valuation; Motion(s) to Avoid Certain Liens; and Motion(s) for Assumption and Rejection of Executory Contracts and Unexpired Leases; are true and correct as to all matters set forth herein.

Dated_____          _____
                                        Debtor's Signature

Dated_____          _____
                                        Debtor's Signature

I hereby certify that I have reviewed this document with the debtor(s) and that the debtor(s) have received a copy of this document.

Dated_____          _____
                                        Attorney for the Debtor(s)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

In re:                                        )        Case No.   14-31765
                                              )
Garrett Wayne Harwood                         )
Lynette Spencer Harwood                       )        Chapter 13
                                              )
            Debtor                            )
                                              )        **CERTIFICATE OF SERVICE**
_____           )


The undersigned certifies that on the 2nd day of December, 2014, he served a copy of the foregoing: AMENDMENT TO CHAPTER 13 PLAN: by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place address stated below, which is the last known address, and by depositing said envelope and its contents in the United States Mail:

    U.S. Bankruptcy Court                       Wells Fargo
    401 W. Trade Street                          PO Box 14547
    Charlotte, NC 28202                       Des Moines, IA  50306-3547
    **Served Electronically**

    Bankruptcy Administrator
    Western District of NC
    402 W. Trade Street, Ste. 200
    Charlotte, NC 28202
    **Served Electronically**

    Mr. Warren L. Tadlock
    Standing Trustee
    **Served Electronically**

☐ by hand delivering said copy to the person(s)
    hereinafter named:


                                                         By: _____
                                                            Geoffrey A. Planer, Attorney for Debtors
                                                            N.C. State Bar No.:  6338
                                                            P.O. Box 1596
                                                            216 S. Marietta Street
                                                            Gastonia, NC  28053-1596
                                                           (704) 864-0235